IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IAN NIGEL NABBS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                              CASE NO. 1D14-1531

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed July 3, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Ian Nigel Nabbs, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for belated appeal is denied on the merits.

LEWIS, C.J., WOLF and WETHERELL, JJ., CONCUR.